# DECISIONS

OF THE

# Supreme Court of Florida

## JUNE TERM, A. D. 1921.

T. B. Nichols, L. F. Joh and W. C. Bartlett, in Their Individual Right and Constituting and Comprising the Executive Board of the Tampa Metal Trades Council, a Voluntary Labor Union Organization Operating and Existing in Tampa, Florida, *Appellants,* v. R. P. Allen, N. W. Leech, John A. Peckham, Jack Robinson, Tom Taylor, Alfred Taylor, Frank Nash, James Goff, Lawrence V. Spencer, H. S. Stevens, E. F. Brown, Thomas D. McGee, G. W. McDonald, Barney Parker, Joe Hudson, John Barrington and W. H. Tucker, *Appellees.*

Decision Filed June 14, 1921.

An Appeal from a Decree of the Circuit Court for Hillsborough County; F. M. Robles, Judge.

*Pinkerton & Blomgren* and *H. P. Bailey,* for Appellants;

*W. A. Carter,* for Appellees.

Per Curiam.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its

judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

All concur.